# United States Bankruptcy Court
## Southern District of New York

**IN RE:**                                                                  Case No. _____

**McCabe, Michael Paul** _____  Chapter **7** _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**1,050.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**1,050.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**0.00**

2.  The source of the compensation paid to me was:  ☑ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:  ☐ Debtor   ☐ Other (specify):

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]
    **d. Respond to creditor inquiries**

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**September  6, 2005**_____   \_\_\_\_\_**/s/ Paul Jeselsohn**_____
Date                                                      Signature of Attorney

                                                         **Paul Jeselsohn**_____
                                                         Name of Law Firm

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# UNITED STATES BANKRUPTCY COURT

# NOTICE TO INDIVIDUAL CONSUMER DEBTOR

> The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Neither the judge nor the court's employees may provide you with legal advice.

**Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)\***

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under Chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to a valid security interest. Your attorney can explain the options that are available to you.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)\***

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for Chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under Chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually the period allowed by the court to repay your debts is three years, but not more than five years. Your plan must be approved by the court before it can take effect.

3. Under Chapter 13, unlike Chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

**Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)\***

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision for an individual to file a Chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)\***

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to a Chapter 13. The eligibility requirements are restrictive, limiting its use to those who income arises primarily from a family owned farm.

\* Fees are subject to change and should be confirmed before filing.

# ACKNOWLEDGEMENT

I, the debtor, affirm that I have read this notice.

_____
Case Number

| | |
|---|---|
| September 6, 2005 | */s/ Michael Paul McCabe* |
| Date | **Michael Paul McCabe** |
| | Debtor |

Joint Debtor, if any

**INSTRUCTIONS**: If the debtor is an individual, a copy of this notice personally signed by the debtor must accompany any bankruptcy petition filed with the Clerk. If filed by joint debtors, the notice must be personally signed by each. Failure to comply may result in the petition not being accepted for filing.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| FORM B1<br><br>**United States Bankruptcy Court**<br>**Southern District of New York** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**McCabe, Michael Paul** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **1306** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**179 Mott Street**<br>**Apartment 3**<br>**New York, NY  10012** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:    **New York** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 89**<br>**Midtown Station**<br>**New York, NY  10018** | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately
preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☑ Individual(s)          ☐ Railroad<br>☐ Corporation        ☐ Stockbroker<br>☐ Partnership         ☐ Commodity Broker<br>☐ Other _____        ☐ Clearing Bank | | ☑ Chapter 7      ☐ Chapter 11      ☐ Chapter 13<br>☐ Chapter 9      ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box)<br>☑ Consumer/Non-Business   ☐ Business | **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |
|---|---|
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br> 11 U.S.C. § 1121(e) (Optional) | |

| **Statistical/Administrative Information** (Estimates only)<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses<br> paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**McCabe, Michael Paul**

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

# Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Michael Paul McCabe**
Signature of Debtor                    **Michael Paul McCabe**

X _____
Signature of Joint Debtor

**(212) 929-2657**
Telephone Number (If not represented by attorney)

**September 6, 2005**
Date

### Signature of Attorney

X **/s/ Paul Jeselsohn**
Signature of Attorney for Debtor(s)

**Paul Jeselsohn PJ7422**
Printed Name of Attorney for Debtor(s)

**Paul Jeselsohn**
Firm Name

**799 Broadway, Suite 542**
Address

**New York, NY 10003**

**(212) 477-2400**
Telephone Number

**September 6, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X **/s/ Paul Jeselsohn**                                    **9/06/05**
Signature of Attorney for Debtor(s)                    Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Southern District of New York**

IN RE:                                                     Case No. _____

**McCabe, Michael Paul**                                    Chapter **7** _____
_____
                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 57,421.00 | | |
| B - Personal Property | Yes | 2 | 2,803.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 44,772.70 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 13,596.53 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 59,743.10 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,832.88 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,077.00 |
| Total Number of Sheets in Schedules | | 25 | | | |
| Total Assets | | | 60,224.00 | | |
| Total Liabilities | | | | 118,112.33 | |

© 1993-2/05 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** McCabe, Michael Paul        Case No. _____

Debtor(s)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Single family home located at: 113 Eloise Terrace, Syracuse, NY 13207** | **Fee Simple** | | **57,421.00** | **44,772.70** |
| | | | | |
| | **TOTAL** | | **57,421.00** | |

(Report also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE A - REAL PROPERTY**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attached a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leased.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|:---:|---|:---:|---:|
| 1. Cash on hand. | | on person | | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking - Acct. # 021300019 Bank of America, One Clinton Square, Syracuse, NY 13207 | | 578.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Rental security - Courtney Van Jahnke, roommate, 179 Mott Street, Apt. 3, NY, NY 10012 | | 975.00 |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | On premises | | 500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | books, CD's - Door to Door Storage Facility, 8085 Mercury Lane, Anaheim, CA | | 150.00 |
| 6. Wearing apparel. | | 179 Mott Street, Apartment 3 New York, NY 10012 | | 50.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | **MacIntosh computer, filing cabinet** | | **500.00** |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **2,803.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

SCHEDULE B - PERSONAL PROPERTY

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** McCabe, Michael Paul                                    Case No. _____

_____
Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C. § 522(d). NOTE: These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **on person** | **Debtor & Creditor Law § 283** | 50.00 | 50.00 |
| **Checking - Acct. # 021300019 Bank of America, One Clinton Square, Syracuse, NY 13207** | **Debtor & Creditor Law § 283** | 578.00 | 578.00 |
| **Rental security - Courtney Van Jahnke, roommate, 179 Mott Street, Apt. 3, NY, NY 10012** | **CPLR § 5205(g)** | 975.00 | 975.00 |
| **On premises** | **CPLR § 5205(a)(5)** | 500.00 | 500.00 |
| **books, CD's - Door to Door Storage Facility, 8085 Mercury Lane, Anaheim, CA** | **CPLR § 5205(a)(2)** | 50.00 | 150.00 |
| **179 Mott Street, Apartment 3 New York, NY 10012** | **CPLR § 5205(a)(5)** | 50.00 | 50.00 |
| **MacIntosh computer, filing cabinet** | **CPLR § 5205(a)(7)** | 500.00 | 500.00 |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**IN RE** McCabe, Michael Paul _____  Case No. _____

Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | UNSECURED PORTION, IF ANY |
| Account No. **1100079668** <br><br> **America's Servicing Company** <br> **P.O. Box 37297** <br> **Baltimore, MD  21297-3297** | | | **House located 113 Eloise Terrace, Syracuse, NY 13207. Purchased for  $53,000 on August 31, 2004.** <br><br> Value $    **57,421.00** | | | | **44,772.70** |
| Account No. <br><br><br> | | | <br><br> Value $ | | | | |
| Account No. <br><br><br> | | | <br><br> Value $ | | | | |
| Account No. <br><br><br> | | | <br><br> Value $ | | | | |
| Account No. <br><br><br> | | | <br><br> Value $ | | | | |

_____ **0** Continuation Sheets attached

Subtotal
(Total of this page)  **44,772.70**

(Complete only on last sheet of Schedule D)  **TOTAL  44,772.70**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** McCabe, Michael Paul _____ Case No. _____
Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS
(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2)

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Other Certain Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** Continuation Sheets attached

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM ⋯⋯⋯⋯ AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No.<br>**City Of New York**<br>**Parking Violations Bureau**<br>**PO Box 8950 - ESP**<br>**Albany, NY  12220-0950** | | | **unknown** | | | | 15.00<br><br>15.00 |
| Account No. **1040 2004 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**<br>**U. S. Treasury**<br>**Andover, MA  05501-0030** | | | | | | | 2,526.42<br><br>2,526.42 |
| Account No. **1040 2000 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**<br>**U. S. Treasury**<br>**Internal Revenue Service**<br>**Andover, MA  05501** | | | **Income Tax Liability - 2000** | | | | 9,165.88<br><br>9,165.88 |
| Account No. **1040 2003 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**<br>**U. S. Treasury**<br>**Internal Revenue Service**<br>**Andover, MA  05501** | | | **Income Tax Liability - 2003** | | | | 1,889.23<br><br>1,889.23 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet _____ **1** of _____ **1** Continuation Sheets attached to Schedule E

Subtotal (Total of this page)  13,596.53

(Complete only on last sheet of Schedule E) **TOTAL**  13,596.53

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** McCabe, Michael Paul _____ Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3132784707**<br><br>**American Express**<br>**PO Box 7871**<br>**Ft. Lauderdale, FL  33329** | | | **revolving credit, incurred prior to February 1, 1991** | | | | <br><br><br>**2,069.00** |
| Account No.<br><br>**Equifax Risk Managmement**<br>**PO Box 5409**<br>**Albany, NY  12205** | | | **Assignee or other notification for:**<br>**American Express** | | | | |
| Account No.<br><br>**Art Center Of Pasadena**<br>**1700 Lida St., PO Box 7197**<br>**Pasadena, CA  91109** | | | **one course not taken, Oct. 1, 1993** | | | X | <br><br><br>**1,454.00** |
| Account No. **1515103299901**<br><br>**AT & T**<br>**P. O. Box 8212**<br>**Aurora, IL  60572-8212** | | | **Up to May 1, 2000 - phone service** | | | | <br><br><br>**69.00** |
| Account No.<br><br>**Great Lakes Collection Bureau**<br>**P. O. Box 1986**<br>**Buffalo, NY  14240-1986** | | | **Assignee or other notification for:**<br>**AT & T** | | | | |

_____ **12** Continuation Sheets attached

| | | |
|---|---|---|
| | Subtotal<br>(Total of this page) | **3,592.00** |
| | (Complete only on last sheet of Schedule F) **TOTAL** | |

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** McCabe, Michael Paul _____ Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A15171140641010000000000** <br><br>**AT & T** <br>**P. O. Box 8212** <br>**Aurora, IL  60572-8212** | | | Up to Oct. 2, 2002 - phone service | | | | **452.00** |
| Account No. <br><br>**GC Services** <br>**P. O. Box 1419** <br>**Copperas Cove, TX  76522** | | | Assignee or other notification for: <br>AT & T | | | | |
| Account No. **5398606000521630** <br><br>**AT & T Universal Card Services** <br>**P. O. Box 8029** <br>**So. Hackensack, NJ  07606** | | | revolving credit, incurred prior to Nov. 1, 1990 | | | | **2,289.00** |
| Account No. <br><br>**Great Lakes** <br>**45 Oak Street** <br>**Buffalo, NY  14203-2697** | | | Assignee or other notification for: <br>AT & T Universal Card Services | | | | |
| Account No. <br><br>**West Capital Financial** <br>**PO Box 939019** <br>**San Diego, CA  92193** | | | Assignee or other notification for: <br>AT & T Universal Card Services | | | | |
| Account No. **40240046** <br><br>**Bank Of America** <br>**1825 Buckeye Rd.** <br>**Phoenix, AZ  85034** | | | revolving credit, incurred prior to May 1, 1990 | | | | **1,000.00** |
| Account No. **212427827972720** <br><br>**Bell Atlantic/NY Telephone** <br>**Verizon NPCC** <br>**110 E. Monroe St.** <br>**Bloominton, IL  61701** | | | Up to May 22, 1996 - telephone service | | | | **268.00** |

Sheet _____ **1** of _____ **12** Continuation Sheets attached to Schedule F

Subtotal <br>(Total of this page)    **4,009.00**

(Complete only on last sheet of Schedule F)  **TOTAL** _____ <br>(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **McCabe, Michael Paul** _____ Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**CBCS**<br>**P.O. Box 69**<br>**Columbus, OH  43216** | | | **Assignee or other notification for:**<br>**Bell Atlantic/NY Telephone** | | | | |
| Account No.<br>**Solomon & Solomon**<br>**5 Columbia Circle**<br>**Albany, NY  12203** | | | **Assignee or other notification for:**<br>**Bell Atlantic/NY Telephone** | | | | |
| Account No. **2124278734**<br>**Community Telephone**<br>**P.O. Box 1587**<br>**Long Island City, NY  11101-0587** | | | **Up to July 1998 - phone service** | | | | 324.00 |
| Account No.<br>**Bilateral Credit**<br>**141 West 28th Street**<br>**New York, NY  10001** | | | **Assignee or other notification for:**<br>**Community Telephone** | | | | |
| Account No. **32535904100010**<br>**ConEdison**<br>**Cooper Station**<br>**P. O. Box 138**<br>**New York, NY  10276-0138** | | | **Utilities, incurred up to Nov. 13, 2001** | | | | 550.00 |
| Account No.<br>**RUI Credit Services**<br>**P. O> Box 1349**<br>**Melville, NY  11747-0422** | | | **Assignee or other notification for:**<br>**ConEdison** | | | | |
| Account No.<br>**Donald Summers, MD**<br>**7th Floor**<br>**170 William Street**<br>**New York, NY  10038** | | | **03/25/2005 - Office consultation Level 4 - Provider: Dr. Donald T. Summers - $250.00**<br>**03/26/2005 - Subsequent Hospital Visit Level 2 - Provider: Dr. Donald T. Summers - $750.00**<br>**04/01/2005 - Hospital Discharge Day Management - Provider: Dr. Donald T. Summers - $150.00** | | | | 1,150.00 |

Sheet _____ **2** of _____ **12** Continuation Sheets attached to Schedule F

Subtotal (Total of this page) | **2,024.00**

(Complete only on last sheet of Schedule F)  **TOTAL** | 

(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Management Services Corporation, Inc.**<br>**3rd Floor**<br>**19 Beekman Street**<br>**New York, NY 10038** | | | Assignee or other notification for:<br>**Donald Summers, MD** | | | | |
| Account No. **Claim # 1575238150**<br>**Dr. Mark McMahon**<br>**121 East 61st Street**<br>**New York, NY 10021** | | | Back surgery on 05/09/05 - Dr. McMahon was assistant physician. GHI claimed they would pay for the surgery, then claimed service was not covered after surgery. | | | X | 12,000.00 |
| Account No. **Claim # 1573111910**<br>**Dr. Sean McCance**<br>**121 East 61st Street**<br>**New York, NY 10021** | | | Back surgery on 05/09/05 - Dr. McCance was primary physician. GHI claimed they would pay for the surgery, then claimed service was not covered after surgery. | | | X | 12,000.00 |
| Account No. **Claim # 1573111910**<br>**Dr. Sean McCance**<br>**121 East 61st Street**<br>**New York, NY 10021** | | | Office visit on 05/03/05. GHI denying coverage. | | | X | 400.00 |
| Account No. **849789**<br>**Duomo Gym**<br>**4th Floor**<br>**11 East 26th Street**<br>**New York, NY 10033** | | | Gym Membership, incurred Aug. 9, 2001 | | | | 260.00 |
| Account No.<br>**National Credit Systems**<br>**10th Floor**<br>**11 East 36th Street**<br>**New York, NY 10016** | | | Assignee or other notification for:<br>**Duomo Gym** | | | | |
| Account No. **180877366609**<br>**Fedco**<br>**245 Old Country Rd.**<br>**Melville, NY 11747** | | | revolving credit, incurred prior to June 1, 1991 | | | | 897.00 |

Sheet _____**3**___ of _____**12**___ Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    **25,557.00**

(Complete only on last sheet of Schedule F) **TOTAL** _____

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **McCabe, Michael Paul** _____  Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **ABC Accelerated Bureau Of Collections** <br> **PO Box 6666** <br> **Englewood, CO  80155-6666** | | | **Assignee or other notification for:** <br> **Fedco** | | | | |
| Account No. <br> **PNNCRO Associates** <br> **#113** <br> **James Way** <br> **Southampton, PA  18966** | | | **Assignee or other notification for:** <br> **Fedco** | | | | |
| Account No. **2440-9978-5** <br> **Federal Express** <br> **P. O. Box 371461** <br> **Pittsburgh, PA  15250-7461** | | | **July 17, 2002 dispute over express mailing** | | | X | 62.00 |
| Account No. <br> **OSI Collection Services** <br> **P. O. Box 965** <br> **Brookfield, WI  53008** | | | **Assignee or other notification for:** <br> **Federal Express** | | | | |
| Account No. **5421-1601-0061-4249** <br> **First Consumers National Bank** <br> **PO Box 3910** <br> **Portland, OR  97208** | | | **Revolving credit - 1996 through 1998** | | | | 833.41 |
| Account No. <br> **Asset Acceptance LLC** <br> **P.O. Box 2039** <br> **Warren, MI  48090** | | | **Assignee or other notification for:** <br> **First Consumers National Bank** | | | | |
| Account No. <br> **Law Offices Of Mitchel N. Kay** <br> **7 Penn Plaza** <br> **New York, NY  10001** | | | **Assignee or other notification for:** <br> **First Consumers National Bank** | | | | |

Sheet _____ **4** of _____ **12** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)   **895.41**

(Complete only on last sheet of Schedule F)  **TOTAL** _____

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **McCabe, Michael Paul** _____ Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Midland Credit Management**<br>**P. O. Box 939019**<br>**San Diego, CA  92193-9019** | | | **Assignee or other notification for:**<br>**First Consumers National Bank** | | | | |
| Account No.<br>**Plaza Associates**<br>**370 Seventh Avenue**<br>**New York, NY  10001** | | | **Assignee or other notification for:**<br>**First Consumers National Bank** | | | | |
| Account No.<br>**Plaza Associates**<br>**P.O. Box 18008**<br>**Happague, NY  11788** | | | **Assignee or other notification for:**<br>**First Consumers National Bank** | | | | |
| Account No. **4239-8900-0101-7341**<br>**First Consumers National Bank**<br>**P. O. Box 6030**<br>**Brookings, SD  57006-6040** | | | **Revolving credit incurred 996 to 1998** | | | | **496.72** |
| Account No.<br>**Midland Credit Management**<br>**PO Box 939019**<br>**Sand Diego, CA  92193** | | | **Assignee or other notification for:**<br>**First Consumers National Bank** | | | | |
| Account No. **5421-1691-0411-0898**<br>**First Consumers National Bank**<br>**P.O. Box 3910**<br>**Portland, OR  97208** | | | **Bill came due August 12, 1999** | | | | **1,299.96** |
| Account No.<br>**Law Offices Cohen & Slamowitz, LLP**<br>**P.O. Box 9004**<br>**Woodbury, NY  11797** | | | **Assignee or other notification for:**<br>**First Consumers National Bank** | | | | |

Sheet _____**5**_ of _____**12** Continuation Sheets attached to Schedule F

Subtotal (Total of this page) | **1,796.68**

(Complete only on last sheet of Schedule F)  **TOTAL** | 

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **McCabe, Michael Paul** _____ Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Midland Credit Management**<br>PO Box 939019<br>Sand Diego, CA 92193 | | | Assignee or other notification for:<br>First Consumers National Bank | | | | |
| Account No. **8387240-8**<br>**Graphic Design Book Club**<br>P.O. Box 9273<br>Central Islip, NY 11722 | | | | | | | 52.20 |
| Account No. **1047414**<br>**Household Finance**<br>P. O. Box 17548<br>Baltimor, MD 21297 | | | Car loan. Repossession of a 1999 Jetta, incurred July 2003 as a deficiency. | | | | 9,260.81 |
| Account No.<br>**Law Offices Of Weltman, Weinberg & Reis**<br>PO Box 93596<br>Cleveland, OH 44101 | | | Assignee or other notification for:<br>Household Finance | | | | |
| Account No.<br>**Merchants Credit Guide**<br>223 West Jackson Blvd<br>Chicago, IL 60606 | | | Assignee or other notification for:<br>Household Finance | | | | |
| Account No. **44525228719**<br>**Macy's West**<br>PO Box 8112<br>Mason, OH 45040 | | | Revolving credit, incurred prior to May 1, 1990 | | | | 144.00 |
| Account No.<br>**FMA Enterprises**<br>Ste. 900<br>11811 North Freeway<br>Houston, TX 77060 | | | Assignee or other notification for:<br>Macy's West | | | | |

Sheet _____ **6** of _____ **12** Continuation Sheets attached to Schedule F

Subtotal (Total of this page) **9,457.01**

(Complete only on last sheet of Schedule F) **TOTAL** _____

(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Surpas Resources Corp.** <br> **Ste. 150** <br> **10000 Richmond Ave.** <br> **Houston, TX 77042** | | | **Assignee or other notification for:** <br> **Macy's West** | | | | |
| Account No. **75557487** <br> **Nordstrom** <br> **PO Box 6566** <br> **Englewood, CO 80155** | | | **revolving credit, incurred prior to Aug. 1, 1990** | | | | **443.00** |
| Account No. <br> **Norman Zaiger** <br> **210 West 89th St., Apt. 4K** <br> **New York, NY 10024** | | | **July, 2003 - dispute with new roommate. Reduced to judgment in Small Claims Court.** | | | | **524.00** |
| Account No. **2290276** <br> **Pacific Bell** <br> **Pac Bell Payment Center** <br> **Van Nuys, CA 91388-0001** | | | **Up to Feb. 1, 1995 - phone service** | | | | **170.00** |
| Account No. <br> **Reliable Adjustment Bureau** <br> **685 East Cochran St.** <br> **Simi Valley, CA 93065** | | | **Assignee or other notification for:** <br> **Pacific Bell** | | | | |
| Account No. **2059946** <br> **Pacific Bell** <br> **Pac Bell Payment Center** <br> **Van Nuys, CA 91388-0001** | | | **Phone service, up to March 1, 1996** | | | | **208.00** |
| Account No. <br> **American Agencies** <br> **2158 Wesy 190th Street** <br> **Torrance, CA 90504** | | | **Assignee or other notification for:** <br> **Pacific Bell** | | | | |

Sheet _____ **7** of _____ **12** Continuation Sheets attached to Schedule F

Subtotal (Total of this page) **1,345.00**

(Complete only on last sheet of Schedule F) **TOTAL** _____

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4121-3725-0047-9455**<br><br>**Providian Financial**<br>**5142 Franklin Drive**<br>**Pleasonton, CA 94566** | | | **revolving credit, incurred prior to Nov. 1, 1990**<br>**Asset Acceptance Account 3368035** | | | | **3,454.75** |
| Account No.<br><br>**Asset Acceptance LLC**<br>**P.O. Box 9063**<br>**Brandon, FL 33509-9063** | | | **Assignee or other notification for:**<br>**Providian Financial** | | | | |
| Account No.<br><br>**Asset Acceptance, FL**<br>**Po Box 2036**<br>**Warren, MI 48090-2036** | | | **Assignee or other notification for:**<br>**Providian Financial** | | | | |
| Account No.<br><br>**First National Collection Bureau**<br>**390 Kirman Avenue**<br>**Reno, NV 89502** | | | **Assignee or other notification for:**<br>**Providian Financial** | | | | |
| Account No.<br><br>**Plaza Associates**<br>**370 Seventh Avenue**<br>**New York, NY 10001** | | | **Assignee or other notification for:**<br>**Providian Financial** | | | | |
| Account No.<br><br>**Triad Financial Services**<br>**7801 Metro Parkway, Suite 100**<br>**Bloomington, MN 55425** | | | **Assignee or other notification for:**<br>**Providian Financial** | | | | |
| Account No. **2133842978078S5184**<br><br>**SBC Pacific Bell**<br>**Pacific Bell Payment Center**<br>**Van Nuys, CA 91388-0001** | | | **phone service, incurred prior to Aug. 19, 2002** | | | | **352.00** |

Sheet _____ **8** of _____ **12** Continuation Sheets attached to Schedule F

Subtotal (Total of this page) **3,806.75**

(Complete only on last sheet of Schedule F) **TOTAL** _____

(Report total also on Summary of Schedules)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3494794029**<br>**SBC Pacific Bell**<br>**Pacific Bell Payment Center**<br>**Van Nuys, CA 91388-0001** | | | **phone service, incurred prior to Nov. 10, 2002** | | | | **187.00** |
| Account No.<br>**SBC Pacific Bell**<br>**1330 Broadway #310**<br>**Oakland, CA 94612** | | | **Assignee or other notification for:**<br>**SBC Pacific Bell** | | | | |
| Account No. **502222172467**<br>**Sears**<br>**PO Box 182149**<br>**Columbus, OH 43218-2149** | | | **revolving credit, incurred prior to Aug. 1, 1990** | | | | **1,171.00** |
| Account No.<br>**Equifax Risk Managment**<br>**PO Box 2324**<br>**Agusta, GA 30903** | | | **Assignee or other notification for:**<br>**Sears** | | | | |
| Account No. **7575113025332000**<br>**Shell Oil**<br>**PO Box 2121**<br>**Tulsa, OK 74102** | | | **revolving credit, incurred prior to June 1, 1987** | | | | **110.00** |
| Account No.<br>**FMA Alliance, LTD**<br>**Ste. 900**<br>**11811 North Freeway**<br>**Houston, TX 77060** | | | **Assignee or other notification for:**<br>**Shell Oil** | | | | |
| Account No.<br>**Plaza Associates**<br>**370 Seventh Avenue**<br>**NY, NY 10001** | | | **Assignee or other notification for:**<br>**Shell Oil** | | | | |

Sheet _____**9**___ of _____**12** Continuation Sheets attached to Schedule F

Subtotal (Total of this page) **1,468.00**

(Complete only on last sheet of Schedule F) **TOTAL** _____

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **McCabe, Michael Paul** _____    Case No. _____

                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0799042** <br><br>**St. Mary's Hospital** <br>**170 Buffalo Avenue** <br>**Brooklyn, NY  11213** | | | **emergency room visit, incurred Sept. 29, 2003** | | | | 1,079.00 |
| Account No. <br><br>**St. Vincent's Midtown Hospital** <br>**P.O. Box 1490** <br>**Bloomfield, NJ  07003** | | | | | | | 164.57 |
| Account No. **4223-1820-0122-1711** <br><br>**Sterling Bank And Trust** <br>**P.O. Box 33229** <br>**Detroit, MI  48232** | | | **Revolving credit, last used Nov. 1, 1999** | | | | 485.11 |
| Account No. <br><br>**CCB Credit Services** <br>**P. O. Box 272** <br>**Springfield, IL  62705** | | | **Assignee or other notification for:** <br>**Sterling Bank And Trust** | | | | |
| Account No. **5453-1520-0122-1712** <br><br>**Sterling Bank And Trust** <br>**P.O. Box 33229** <br>**Detroit, MI  48232** | | | | | | | 1,253.27 |
| Account No. <br><br>**Imperial Collection Services** <br>**P.O. Box 369** <br>**Concord, CA  94522** | | | **Assignee or other notification for:** <br>**Sterling Bank And Trust** | | | | |
| Account No. <br><br>**OSI Collection Services Inc** <br>**PO Box 550720** <br>**Jacksonville, FL  32255-0720** | | | **Assignee or other notification for:** <br>**Sterling Bank And Trust** | | | | |

Sheet _____ **10** of _____ **12** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)       **2,981.95**

(Complete only on last sheet of Schedule F)  **TOTAL**  _____

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **McCabe, Michael Paul** _____ Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1198280110227** <br><br>**Telecheck** <br>**PO 17380** <br>**Denver, CO 80217** | | | bounced check, incurred Sept. 6, 1998 | | | | <br><br><br>118.00 |
| Account No. **5386536931** <br><br>**Texaco** <br>**PO Box 790001** <br>**Houston, TX 77279** | | | revolving credit, incurred prior to June 1, 1990 | | | | <br><br><br>45.00 |
| Account No. <br><br>**Mitchell N. Kay** <br>**7 Penn Plaza, 18th Floor** <br>**NY, NY 10001** | | | Assignee or other notification for: Texaco | | | | |
| Account No. **100999 118324-01** <br><br>**Time Warner Cable Of Syracuse** <br>**P.O. Box 4791** <br>**Syracuse, NY 13221** | | | | | | | <br><br><br>773.30 |
| Account No. <br><br>**Credit Management** <br>**4200 International Parkway** <br>**Carrollton, TX 75007** | | | Assignee or other notification for: Time Warner Cable Of Syracuse | | | | |
| Account No. **7187966243768230** <br><br>**Verizon** <br>**P. O. Box 1100** <br>**Albany, NY 12250-0001** | | | Incurred up to October 2, 2002 - phone service | | | | <br><br><br>316.00 |
| Account No. **1-27-29-55** <br><br>**Virginia Mason Clinic** <br>**Dept. 1050** <br>**P. O. Box 34936** <br>**Seattle, WA 98124-1936** | | | Incurred June 3, 1999 - Emergency health care | | | | <br><br><br>214.00 |

Sheet _____ **11** of _____ **12** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page) **1,466.30**

(Complete only on last sheet of Schedule F)  **TOTAL** _____

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **McCabe, Michael Paul**                                    Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4040-987-935-774** <br><br> **Wells Fargo Bank** <br> **1220 Concord Avenue** <br> **Concord, CA 94520** | | | **revolving credit, incurred prior to June 1, 1995** | | | | **1,344.00** |
| Account No. <br><br> **Commercial Financial Services** <br> **PO Box 707963** <br> **Tulsa, OK 74170** | | | **Assignee or other notification for:** <br> **Wells Fargo Bank** | | | | |
| Account No. <br><br> **NCO Financial Systems** <br> **PO Box 7602** <br> **Ft. Washington, PA 19034** | | | **Assignee or other notification for:** <br> **Wells Fargo Bank** | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet ____**12**____ of ____**12**____ Continuation Sheets attached to Schedule F

Subtotal<br>
(Total of this page)     **1,344.00**

(Complete only on last sheet of Schedule F) **TOTAL**    **59,743.10**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

**IN RE** McCabe, Michael Paul _____  Case No. _____

                              Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete addresses of all other parties to each lease or contract described.

**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **McCabe, Michael Paul**                                    Case No. _____

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **McCabe, Michael Paul** _____ Case No. _____
                                    Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP | AGE |
| | | |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Creative Director** | |
| Name of Employer | **Simomo Enterprises** | |
| How long employed | **1.5 Years** | |
| Address of Employer | **237 West 37th Street** | |
| | **New York, NY 10018** | |

Income: (Estimate of average monthly income)                                    DEBTOR          SPOUSE

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rata if not paid monthly) | $ | **4,442.30** | $ | |
| Estimated monthly overtime | $ | | $ | |
| **SUBTOTAL** | $ | **4,442.30** | $ | |
| **LESS PAYROLL DEDUCTIONS** | | | | |
| a. Payroll taxes and Social Security | $ | **1,359.42** | $ | |
| b. Insurance | $ | | $ | |
| c. Union dues | $ | | $ | |
| d. Other (specify) _____ | $ | | $ | |
| | $ | | $ | |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | **1,359.42** | $ | |
| **TOTAL NET MONTHLY TAKE HOME PAY** | $ | **3,082.88** | $ | |
| | | | | |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | | $ | |
| Income from real property | $ | **750.00** | $ | |
| Interest and dividends | $ | | $ | |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | | $ | |
| Social Security or other government assistance (Specify) _____ | $ | | $ | |
| | $ | | $ | |
| Pension or retirement income | $ | | $ | |
| Other monthly income (Specify) _____ | $ | | $ | |
| | $ | | $ | |
| | $ | | $ | |
| **TOTAL MONTHLY INCOME** | $ | **3,832.88** | $ | |

**TOTAL COMBINED MONTHLY INCOME $ _____ 3,832.88**  (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** McCabe, Michael Paul _____ Case No. _____

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 975.00 |
| Are real estate taxes included? Yes ____ No ✓ | |
| Is property insurance included? Yes ____ No ✓ | |
| Utilities: Electricity and heating fuel | $ _____ |
| Water and sewer | $ _____ |
| Telephone | $ 103.00 |
| Other _____ | $ _____ |
| _____ | $ _____ |
| Home maintenance (repairs and upkeep) | $ 100.00 |
| Food | $ 300.00 |
| Clothing | $ 60.00 |
| Laundry and dry cleaning | $ 60.00 |
| Medical and dental expenses | $ 125.00 |
| Transportation (not including car payments) | $ 140.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 80.00 |
| Charitable contributions | $ 20.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ 54.00 |
| Life | $ _____ |
| Health | $ 34.00 |
| Auto | $ _____ |
| Other _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) **IRS Monthly Payment** _____ | $ 250.00 |
| _____ | $ _____ |
| _____ | $ _____ |
| Installment payments (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
| Auto | $ _____ |
| Other _____ | $ _____ |
| _____ | $ _____ |
| Alimony, maintenance, and support paid to others | $ _____ |
| Payments for support of additional dependents not living at your home | $ _____ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ _____ |
| Other   **See Schedule Attached** _____ | $ 1,776.00 |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

**TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)**          $ 4,077.00

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A.  Total projected monthly income | $ _____ |
| B.  Total projected monthly expenses | $ _____ |
| C.  Excess income (A minus B) | $ _____ |
| D.  Total amount to be paid into plan each _____ | $ _____ |
| (interval) | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

Other Expenses

| | |
|---|---|
| **Storage In Anaheim, CA** | **42.00** |
| **Mortgage On 113 Eloise Terr., Syracuse, NY & Escrows** | **680.00** |
| **Taxes To Syracuse, NY (Garage) For 113 Eloise Terr.** | **9.00** |
| **Security System For 113 Eloise Terr.** | **25.00** |
| **Water & Sewer For 113 Eloise Terr.** | **10.00** |
| **Repair Expenses For 113 Eloise Terr., Syracuse, NY** | **200.00** |
| **Sundries** | **20.00** |
| **Haircuts** | **20.00** |
| **Visit To Check On 113 Eloise Terr., Syracuse, NY- Car Rental** | **300.00** |
| **Tax Preparation** | **10.00** |
| **Cellphone Instrument** | **35.00** |
| **Cat Food** | **80.00** |
| **Gym Membership** | **90.00** |
| **Utilities For 113 Eloise Terrace** | **110.00** |
| **Office Supplies** | **20.00** |
| **Web Hosting** | **40.00** |
| **A/C Repair** | **20.00** |
| **Computer Software** | **25.00** |
| **Dietary Supplements** | **40.00** |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** McCabe, Michael Paul _____ Case No. _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**26** sheets, and that
<span>(Total shown on summary page plus 1)</span>
they are true and correct to the best of my knowledge, information, and belief.


Date: **September  6, 2005** _____    Signature: ***/s/ Michael Paul McCabe*** _____
                                                          **Michael Paul McCabe**                              Debtor

Date: _____    Signature: _____
                                                                                    (Joint Debtor, if any)

                                                    [If joint case, both spouses must sign.]

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.
                                                               (Required by 11 U.S.C. § 110(c).)

_____
_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____          _____
Signature of Bankruptcy Petition Preparer                      Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
<span>(Total shown on summary page plus 1)</span>


Date: _____    Signature: _____

                                                    _____
                                                    (Print or type name of individual signing on behalf of debtor)

        [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Southern District of New York

IN RE:                                                    Case No. _____

**McCabe, Michael Paul** _____        Chapter **7** _____
                        Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT  SOURCE (if more than one)
**30,000.00  YTD: $30,000; 2004: 39,068 ; 2003: Gross: $18,000**

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**

None ☑ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑ b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☑ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

**10. Other transfers**

None ☑ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, association, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **David Williams** | **Rental security: $1500 (one month security** | **non segregated** |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**113 Eloise Terrace**
**Syracuse, NY  13207**                                **and last month's rent**

**15. Prior address of debtor**

None ☐  If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **227 East 60th St., Apt. 4, NY, NY 10021** | **Mike McCabe** | **Sept. 2002 to Oct. 2004** |

**16. Spouses and Former Spouses**

None ☑  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐  a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all  businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Michael McCabe** | | **227 East 60th St. New York, NY  10021** | **self-employed computer consultant** | **Jan. 2003 to Oct. 2003** |

None ☑  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **September  6, 2005**          Signature   */s/ Michael Paul McCabe*
                                      of Debtor                                              **Michael Paul McCabe**

Date: _____          Signature _____
                                      of Joint Debtor
                                      (if any)

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Southern District of New York

**IN RE:**

Case No. _____

**McCabe, Michael Paul**

Chapter **7** _____

Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to be Surrendered*

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME |
|---|---|
| **None** | |

*b. Property to be Retained [Check any applicable statement.]*

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME | PROPERTY IS CLAIMED AS EXEMPT | PROPERTY WILL BE REDEEMED PURSUANT TO 11 U.S.C. § 722 | DEBT WILL BE RE-AFFIRMED PURSUANT TO 11 U.S.C. § 524(C) |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| **09/06/2005** | ***/s/ Michael Paul McCabe*** | | |
| Date | **Michael Paul McCabe** | Debtor | Joint Debtor (if applicable) |

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____     _____
Printed or Typed Name of Bankruptcy Petition Preparer

Social Security No.
(Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____     _____
Signature of Bankruptcy Petition Preparer

Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Southern District of New York

IN RE:                                                   Case No. _____

**McCabe, Michael Paul**_____ Chapter **7** _____
                               Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **September 6, 2005**_____ Signature: **_/s/ Michael Paul McCabe_**_____
                                          **Michael Paul McCabe**
                                                                               Debtor

Date: _____ Signature: _____
                                                                                Joint Debtor, if any

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

ABC Accelerated Bureau Of Collections
PO Box 6666
Englewood, CO  80155-6666


America's Servicing Company
P.O. Box 37297
Baltimore, MD  21297-3297


American Agencies
2158 Wesy 190th Street
Torrance, CA  90504


American Express
PO Box 7871
Ft. Lauderdale, FL  33329


Art Center Of Pasadena
1700 Lida St., PO Box 7197
Pasadena, CA  91109


Asset Acceptance LLC
P.O. Box 9063
Brandon, FL  33509-9063


Asset Acceptance LLC
P.O. Box 2039
Warren, MI  48090


Asset Acceptance, FL
Po Box 2036
Warren, MI  48090-2036


AT & T
P. O. Box 8212
Aurora, IL  60572-8212

AT & T Universal Card Services
P. O. Box 8029
So. Hackensack, NJ   07606


Bank Of America
1825 Buckeye Rd.
Pheniz, AZ   85034


Bell Atlantic/NY Telephone
Verizon NPCC
110 E. Monroe St.
Bloominton, IL   61701


Bilateral Credit
141 West 28th Street
New York, NY   10001


CBCS
P.O. Box 69
Columbus, OH   43216


CCB Credit Services
P. O. Box 272
Springfield, IL   62705


City Of New York
Parking Violations Bureau
PO Box 8950 - ESP
Albany, NY   12220-0950


Commercial Financial Services
PO Box 707963
Tulsa, OK   74170

Community Telephone
P.O. Box 1587
Long Island City, NY  11101-0587


ConEdison
Cooper Station
P. O. Box 138
New York, NY  10276-0138


Credit Management
4200 International Parkway
Carrollton, TX  75007


Donald Summers, MD
7th Floor
170 William Street
New York, NY  10038


Dr. Mark McMahon
121 East 61st Street
New York, NY  10021


Dr. Sean McCance
121 East 61st Street
New York, NY  10021


Duomo Gym
4th Floor
11 East 26th Street
New York, NY  10033


Equifax Risk Managmement
PO Box 5409
Albany, NY  12205

```
Equifax Risk Managmement
PO Box 2324
Agusta, GA  30903


Fedco
245 Old Country Rd.
Melville, NY  11747


Federal Express
P. O. Box 371461
Pittsburgh, PA  15250-7461


First Consumers National Bank
PO Box 3910
Portland, OR  97208


First Consumers National Bank
P. O. Box 6030
Brookings, SD  57006-6040


First Consumers National Bank
P.O. Box 3910
Portland, OR  97208


First National Collection Bureau
390 Kirman Avenue
Reno, NV  89502


FMA Alliance, LTD
Ste. 900
11811 North Freeway
Houston, TX  77060
```

```
FMA Enterprises
Ste. 900
11811 North Freeway
Houston, TX  77060


GC Services
P. O. Box 1419
Copperas Cove, TX  76522


Graphic Design Book Club
P.O. Box 9273
Central Islip, NY  11722


Great Lakes
45 Oak Street
Buffalo, NY  14203-2697


Great Lakes Collection Bureau
P. O. Box 1986
Buffalo, NY  14240-1986


Household Finance
P. O. Box 17548
Baltimor, MD  21297


Imperial Collection Services
P.O. Box 369
Concord, CA  94522


Law Offices Cohen & Slamowitz, LLP
P.O. Box 9004
Woodbury, NY  11797


Law Offices Of Mitchel N. Kay
7 Penn Plaza
New York, NY  10001
```

Law Offices Of Weltman, Weinberg & Reis
PO Box 93596
Cleveland, OH  44101


Macy's West
PO Box 8112
Mason, OH  45040


Management Services Corporation, Inc.
3rd Floor
19 Beekman Street
New York, NY  10038


Merchants Credit Guide
223 West Jackson Blvd
Chicago, IL  60606


Midland Credit Management
P. O. Box 939019
San Diego, CA  92193-9019


Midland Credit Management
PO Box 939019
Sand Diego, CA  92193


Mitchell N. Kay
7 Penn Plaza, 18th Floor
NY, NY  10001


National Credit Systems
10th Floor
11 East 36th Street
New York, NY  10016

```
NCO Financial Systems
PO Box 7602
Ft. Washington, PA  19034


Nordstrom
PO Box 6566
Englewood, CO  80155


Norman Zaiger
210 West 89th St., Apt. 4K
New York, NY  10024


OSI Collection Services
P. O. Box 965
Brookfield, WI  53008


OSI Collection Services Inc
PO Box 550720
Jacksonville, FL  32255-0720


Pacific Bell
Pac Bell Payment Center
Van Nuys, CA  91388-0001


Plaza Associates
370 Seventh Avenue
NY, NY  10001


Plaza Associates
370 Seventh Avenue
New York, NY  10001


Plaza Associates
P.O. Box 18008
Happague, NY  11788
```

```
PNNCRO Associates
#113
James Way
Southampton, PA  18966


Providian Financial
5142 Franklin Drive
Pleasonton, CA  94566


Reliable Adjustment Bureau
685 East Cochran St.
Simi Valley, CA  93065


RUI Credit Services
P. O> Box 1349
Melville, NY  11747-0422


SBC Pacific Bell
Pacific Bell Payment Center
Van Nuys, CA  91388-0001


SBC Pacific Bell
1330 Broadway #310
Oakland, CA  94612


Sears
PO Box 182149
Columbus, OH  43218-2149


Shell Oil
PO Box 2121
Tulsa, OK  74102


Solomon & Solomon
5 Columbia Circle
Albany, NY  12203
```

St. Mary's Hospital
170 Buffalo Avenue
Brooklyn, NY  11213


St. Vincent's Midtown Hospital
P.O. Box 1490
Bloomfield, NJ  07003


Sterling Bank And Trust
P.O. Box 33229
Detroit, MI  48232


Surpas Resources Corp.
Ste. 150
10000 Richmond Ave.
Houston, TX  77042


Telecheck
PO 17380
Denver, CO  80217


Texaco
PO Box 790001
Houston, TX  77279


Time Warner Cable Of Syracuse
P.O. Box 4791
Syracuse, NY  13221


Triad Financial Services
7801 Metro Parkway, Suite 100
Bloomington, MN  55425


U. S. Treasury
Internal Revenue Service
Andover, MA  05501

```
U. S. Treasury
Andover, MA  05501-0030


Verizon
P. O. Box 1100
Albany, NY  12250-0001


Virginia Mason Clinic
Dept. 1050
P. O. Box 34936
Seattle, WA  98124-1936


Wells Fargo Bank
1220 Concord Avenue
Concord, CA  94520


West Capital Financial
PO Box 939019
San Diego, CA  92193
```

## United States Bankruptcy Court
## Southern District of New York

**IN RE:**                                    Case No. _____

McCabe, Michael Paul _____    Chapter **7** _____

                             Debtor(s)

### CERTIFICATE OF COMMENCEMENT OF CASE

I certify that on _____,

     ☑     the above named debtor filed a petition requesting relief under chapter \_\_\_**7** of the Bankruptcy Code (title 11 of the United States Code), or

     ☐     a petition was filed against the above named debtor under chapter \_\_\_ of the Bankruptcy Code (title 11 of the United States Code), and

     ☑     that as of the date below the case has not been dismissed.

_____

Clerk of the Bankruptcy Court

Dated: _____      By: _____

                                              Deputy Clerk

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only